# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0773. TRACY MARTIN v. THE STATE.**

This case was docketed by this court on December 12, 2012, and on January 23, 2013, appeallant was granted an extension until February 11, 2013 to file the brief and enumerations of error. On February 12, 2013, the appellant requested a second extension of time, which has been denied. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*